DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SALLY MARGARET SMITH,**
Appellant,

v.

**JUPITER DUNES CONDOMINIUM "C" ASSOCIATION, INC.,**
a Florida non-for profit corporation,
**RYAN S. COPPLE, P.A.,** d/b/a **COPPLE SACHS COPPLE,**
**ASHLEY N. LANDRUM,** an individual, and
**VERNIS & BOWLING OF PALM BEACH, P.A.,**
a Florida corporation,
Appellees.

No. 4D20-2800

[November 4, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 502020CA006845MBAI.

Geoffrey D. Ittleman of The Law Offices of Geoffrey D. Ittleman, P.A., Fort Lauderdale, for appellant.

Ashley N. Landrum and G. Jeffrey Vernis of Vernis & Bowling of Palm Beach, P.A., North Palm Beach, for appellees Ashley N. Landrum and Vernis & Bowling of Palm Beach, P.A.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***